FILED
 2011 Dec-29 PM 03:04
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN L. BROWN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **5:10-cv-02890-AKK-JEO** |
| **WARDEN GARY HETZEL and** ) | |
| **THE ATTORNEY GENERAL** ) | |
| **FOR THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM OPINION

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by petitioner John L. Brown, challenging his 2007 convictions in the Circuit Court of Tallapoosa County. (Doc. 1). Brown challenges his convictions by asserting that he was denied effective assistance of trial counsel in violation of the Sixth Amendment. (*Id*. at 3). After preliminary review, the magistrate judge assigned this case issued a Report and Recommendation, finding that the petition is due to be dismissed because Brown failed to present the requisite clear and convincing evidence that his trial counsel's performance was deficient. (Doc. 9) (citing *Strickland v. Washington*, 466 U.S. 668, 687 (1984); 28 U.S.C. § 2254(e)(1)). The petitioner has not filed any objections to the magistrate judge's determination.

The court has considered the entire file in this action together with the

magistrate judge's Report and Recommendation and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this the 29th day of December, 2011.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**